## STATEMENT OF FACTS

On Sunday, January 26, 2020, at approximately 3:20 p.m., Officer Crawley and Officer Schemmel of the Metropolitan Police Department (MPD) Sixth District were actively patrolling in the 2400 block of Minnesota Avenue Southeast in Washington, D.C. when they observed a blue in color dirt bike stalled out in a lane of traffic on the street. Officers got out of their vehicle and stopped the individual on the dirt bike, later identified as James Gaskins (Defendant Gaskins). Defendant Gaskins was placed under arrest for operating, parking, stopping or standing a dirt bike on public space.

Search incident to arrest, Officer Crawley recovered a firearm from the waistband of Defendant Gaskins.

The firearm was determined to be a Beretta, model 92F, .9 millimeter handgun with a serial number of C80324Z. When it was recovered, it was loaded with one (1) round in the chamber and fourteen (14) rounds of ammunition in an unknown capacity magazine.

Officer Schemmel was present for the recovery of the weapon and the arrest of Defendant Gaskins.

A criminal history check of Defendant Gaskins through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia, Criminal Case No. 2018 CF2 13757 for Possession of a Firearm by a Convicted Felon, Unauthorized Use of a Vehicle and Fleeing from a Law Enforcement Officer. The defendant served fourteen (14) months of incarceration for this conviction. Therefore, the defendant was aware that this crime is punishable by more than one year in the District of Columbia. There are no firearm or ammunition manufacturers in the District of Columbia.

_____
OFFICER THOMAS SCHEMMEL
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE 27th DAY OF JANUARY, 2020.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE